UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>TERRANCE P. CUMMINGS<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>**INFORMATION**<br><br>**18 U.S.C. §§ 1591(a)(1) & (b)(2)**<br>**18 U.S.C. § 1594(a)**<br>**18 U.S.C. §§ 2252(a)(2) & (b)(1)**<br>**18 U.S.C. §§ 2252(a)(4)(B) & (b)(2)**<br><br>**FORFEITURE ALLEGATIONS** |

FILED
RICHARD W. NAGEL
CLERK OF COURT

JUN -6 2025 10:48 A

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-COLUMBUS

2:25-CR-99
Judge Graham

**THE UNITED STATES ATTORNEY CHARGES:**

<u>**COUNT ONE**</u>
(Sex Trafficking of a Minor)

1.  From in or about February 2022 through in or about July 2024, the exact dates being unknown, in the Southern District of Ohio, the defendant, **TERRANCE P. CUMMINGS**, knowingly recruited, enticed, harbored, transported, provided, obtained and maintained by any means, and attempted to recruit, entice, harbor, transport, provide, obtain and maintain by any means, Minor Victim One, born in June 2007, in and affecting interstate and foreign commerce, knowing and in reckless disregard of the fact that Minor Victim One had not attained the age of 18 years, and knowing and in reckless disregard of the fact that Minor Victim One would be caused to engage in a commercial sex act.

**In violation of 18 U.S.C. §§ 1591(a)(1) & (b)(2) and 1594(a).**

## COUNT TWO
(Distribution and Receipt of Child Pornography by a Person Previously Convicted of an Offense Relating to Sexual Abuse of a Minor)

2. From in or about January 2022 through in or about July 2024, the exact dates being unknown, in the Southern District of Ohio, the defendant, **TERRANCE P. CUMMINGS**, having been previously convicted of an offense under the laws of Ohio relating to the aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward – that is, in the Franklin County Court of Common Pleas, case number 16CR5001, by Judgment Entry dated October 13, 2017, for Unlawful Sexual Conduct with a Minor, in violation of Ohio Revised Code Section 2907.04 – did knowingly distribute and receive one or more visual depictions using any means and facility of interstate and foreign commerce, including the internet and a cellular phone, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), and such depictions being of such conduct, to wit: digital files depicting pubescent males and females engaged in sex acts with adults and other minors, masturbation, and the lascivious exhibition of their genitalia, anus, and pubic region.

**In violation of 18 U.S.C. §§ 2252(a)(2) & (b)(1).**

## COUNT THREE
(Possession of Child Pornography by a Person Previously Convicted of an Offense Relating to Sexual Abuse of a Minor)

3. On or about August 22, 2024, in the Southern District of Ohio, the defendant, **TERRANCE P. CUMMINGS**, having been previously convicted of an offense under the laws of Ohio relating to the aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward – that is, in the Franklin County Court of Common Pleas, case number 16CR5001, by Judgment Entry dated October 13, 2017, for Unlawful Sexual Conduct with a Minor, in violation of Ohio Revised Code Section 2907.04 – knowingly possessed matter, that is, digital

media devices that contained one or more visual depictions, the production of such visual depictions having involved the use of minors engaging in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), and such visual depictions being of such conduct, and such visual depictions had been mailed, shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 2252(a)(4)(B) & (b)(2).**

## FORFEITURE ALLEGATION A

4.     Upon conviction of the offense set forth in Count One of this Information, the defendant, **TERRANCE P. CUMMINGS**, shall forfeit to the United States, pursuant to 18 U.S.C. § 1594(d): (1) any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of the offense and any property traceable to such property; and; (2) any property, real or personal, constituting or derived from, any proceeds that the Defendant obtained, directly or indirectly, as a result of such violation, or any property traceable to such property, including but not limited to:

- An Apple iPhone 6S (A1633) with associated IMEI 354953076720889, including its contents;
- An Apple iPhone 12 (A2172) with associated IMEI 355211921594630, including its contents;
- An Apple iPhone 13 (A2482) with associated IMEI 354953076720889, including its contents;
- An Apple iPhone 14 (D27AP) with associated IMEI 358264143304749, including its contents; and
- An Apple iPhone 15 Pro (D83AP) with associated IMEI 353431657651089, including its contents.

**Forfeiture notice in accordance with 18 U.S.C. § 1594(d) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

## FORFEITURE ALLEGATION B

5. Upon conviction of the offenses set forth in Counts Two and Three of this Information, the defendant, **TERRANCE P. CUMMINGS**, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a): (1) any visual depiction described in section 2252, 2252A, 2252B, or 2260 of Title 18, United States Code, Chapter 110, or any book, magazine, periodical, film, videotape or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including but not limited to:

- An Apple iPhone 6S (A1633) with associated IMEI 354953076720889, including its contents;
- An Apple iPhone 12 (A2172) with associated IMEI 355211921594630, including its contents;
- An Apple iPhone 13 (A2482) with associated IMEI 354953076720889, including its contents;
- An Apple iPhone 14 (D27AP) with associated IMEI 358264143304749, including its contents; and
- An Apple iPhone 15 Pro (D83AP) with associated IMEI 353431657651089, including its contents.

**Forfeiture notice in accordance with 18 U.S.C. § 2253(a) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

KELLY A. NORRIS
Acting United States Attorney

*Emily Czerniejewski*

_____
**EMILY CZERNIEJEWSKI** (IL 6308829)
**JENNIFER M. RAUSCH** (0075138)
Assistant United States Attorneys

4